# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL OBREMSKI,

                Plaintiff,                20 **CIVIL** 3902 (JLC)

       -against-                           **JUDGMENT**

KILOLO KIJAKAZI,
Commissioner, Social Security Administration,

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated July 27, 2021, Obremski's motion for judgment on the pleadings is granted, the Commissioner's cross-motion is denied, and the case is remanded to the ALJ pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ should:

(1) Provide a comprehensive analysis, including explicit consideration of all of the *Burgess* factors, in determining how much weight to assign to Dr. Dayal's opinions;

(2) Develop the record by recontacting consultative examiner Dr. Teli to solicit a function-by-function assessment and a review of prior medical records to clarify his

(3) Reassess Obremski's RFC in light of the appropriate weight to be given to each each medical opinion; and

(4) Reevaluate Obremski's credibility based on an accurate characterization of his treatment and the further development of the record. Judgment is entered for Obremski.

**Dated:**  New York, New York
July 27, 2021

                                        **RUBY J. KRAJICK**
                                        **Clerk of Court**
**BY:** *[signature: David J. Thomas]*
                                        **Deputy Clerk**